IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAUDETTE M. MILES, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LANSDOWNE BOROUGH, et al. | : | NO. 11-1913 |

ORDER

AND NOW, this 13th day of October, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants Lansdowne Borough, John P. Gould, Mike Jozwiak, Daniel J. Kortan, Jr. to dismiss plaintiffs' Second Amended Complaint is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                              J.