```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLAUDETTE M. MILES, et al.      :      CIVIL ACTION
                                :
          v.                    :
                                :
LANSDOWNE BOROUGH, et al.       :      NO. 11-1913
```

ORDER

AND NOW, this 29th day of November, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant Delaware County for summary judgment (Doc. #35) is GRANTED as to the claims of plaintiffs under 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. § 2000cc;

(2)  the motion of defendants Lansdowne Borough, John P. Gould, Mike Jozwiak, and Daniel J. Kortan, Jr. for summary judgment (Doc. #36) is GRANTED as to the claims of plaintiffs under 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. § 2000cc; and

(3)  the supplemental state law claims of the plaintiffs in Count IV of the Second Amended Complaint for abuse of process, malicious prosecution, and false arrest are DISMISSED without prejudice under 28 U.S.C. § 1367(c)(3).

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                                  J.